UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JEFF DaROJA, INC.,** : | |
| : | **3:20-CV-1166** |
| **Plaintiff** : | |
| v. | |
| : | **(JUDGE MANNION)** |
| **ALEX KLEYNER,** *et al.*, : | |
| **Defendants** : | |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The defendants' unopposed motion to dismiss plaintiff Jeff DaRoja, Inc.'s Mechanics' Lien Claim on defendants' Property, **(Doc. 4)**, is **GRANTED** and, Jeff DaRoja, Inc.'s Mechanics' Lien Claim, **(Doc. 2)**, is **DISMISSED**.

2. The dismissal of DaRoja's Mechanics' Lien Claim on defendants' Property is **WITHOUT PRJUDICE** to DaRoja's right to pursue a civil action for damages against defendants, if appropriate.

3. Attorney Farley's unopposed motion to withdraw his appearance as counsel for plaintiff Jeff DaRoja, Inc., **(Doc. 13)**, is **GRANTED**.

4. The clerk of court is directed to **CLOSE** this case.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: February 24, 2021**
20-1166-01-ORDER